## OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

## Joseph B. STURGIS, Respondent.

### No. 285 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Dec. 18, 1996.

*ORDER*

PER CURIAM:

AND NOW, this 18th day of December, 1996, there having been filed with this Court by Joseph B. Sturgis his verified Statement of Resignation dated November 1, 1996, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa. R.D.E., it is

ORDERED that the resignation of Joseph B. Sturgis be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa. R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

■

## In the Matter of Joseph Robert RYDZEWSKI.

### No. 287 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Dec. 18, 1996.

*ORDER*

PER CURIAM:

AND NOW, this 18th day of December, 1996, Joseph Robert Rydzewski having been convicted in the Court of Common Pleas of Lackawanna County of the crime of theft by unlawful taking or disposition in violation of 18 Pa.C.S. § 3921(a) and the said Joseph Robert Rydzewski having requested that he be placed on temporary suspension pursuant to Rule 214, Pa.R.D.E., it is hereby

ORDERED that Joseph Robert Rydzewski is placed on temporary suspension and he shall comply with all the provisions of Rule 217, Pa.R.D.E. The matter is referred to the Disciplinary Board pursuant to Rule 214(f)(1), Pa.R.D.E.